UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT FITZGERALD,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 371 |

THE UNITED STATES ATTORNEY'S OFFICE AND THE UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT AND NATURAL RESOURCES DIVISION, CHARGE:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

### Legal Background

1. The term "animal crushing" meant actual conduct in which one or more living-non-human mammals were purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury. 18 U.S.C. § 48(f)(1).

2. The term "serious bodily injury" meant injuries which involved a substantial risk of death; extreme physical pain; protracted or obvious disfigurement; and protracted loss or impairment of the function of a bodily member or organ. 18 U.S.C. § 48(f)(1) (*citing* 18 U.S.C. § 1365).

1

3. Instances of sexual abuse by force and sexual abuse in which the victim was not physically capable of declining participation were also included within the definition of animal crushing. 18 U.S.C. § 48(f)(1) (*citing* 18 U.S.C. §§ 2241, 2242).

4. The term "animal crush video" meant any photograph, motion-picture film, video or digital recording, or electronic image that depicted animal crushing and was obscene. 18 U.S.C. § 48(f)(2)(A)-(B).

5. It was unlawful for any person to knowingly sell, market, advertise, exchange, or distribute an animal crush video in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(3).

6. It was unlawful for any person to knowingly create an animal crush video if the person intended or had reason to know that the animal crush video would be distributed in, or using a means or facility of, interstate or foreign commerce; or where the animal crush video was distributed in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(2).

## Factual Background and Relevant Parties

7. GARRETT FITZGERALD was a resident of Massachusetts.

8. Ronald Bedra was a resident of Etna, Ohio.

9. Beginning no later than June 16, 2021, FITZGERALD belonged to an association of people who watched, discussed, and funded obscene videos of monkeys being tortured and abused.

10. These people congregated online using various platforms such as Telegram and Signal, which served as an online meeting place on which members shared and discussed videos of monkeys being beaten, cut, burned, mutilated, and sexually abused.

2

11. FITZGERALD, under the screenname "G Money" was the Administrator of at least one of these groups. Another Administrator was Ronald Bedra, who resided in the Southern District of Ohio.

12. It was the practice of some members to send money to individuals in Indonesia (known as "videographers" or "VOs") to commission the creation of bespoke videos. The requester would send instructions with the specific acts of crushing the requester wished to see. The videographer would then obtain a monkey, often using funds sent from the United States by one or more members and subject the animal to the acts requested while filming. The videographer would then distribute the resulting video electronically to the requester using email, phone-based messaging programs, and/or online storage platforms.

13. The requester would then distribute the commissioned videos to other members using the bulletin board itself or by mail, email, phone-based messaging programs, and/or online storage platforms.

## COUNT 1
## Conspiracy to Create and Distribute Animal Crush Videos
## 18 U.S.C. § 371

14. Paragraphs 1 through 13 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

15. Between no later than on or about June 16, 2021, and continuing until no earlier than March 20, 2022, defendant GARRETT FITZGERALD, along with others known and unknown to the United States, did knowingly and willfully conspire and agree with each other and others to violate 18 U.S.C. §§ 48(a)(2) (creation of animal crush videos) and 48(a)(3) (distribution of animal crush videos).

## Manners and Means

16. Among the manners and means employed by GARRETT FITZGERALD and his co-conspirators to carry out the conspiracy and effect its unlawful objects were:

   a. To use phone-based messaging programs to discuss the financing and creation of animal crush videos;

   b. To use phone-based messaging programs and other electronic means to contact and solicit individuals living overseas ("videographers") willing to film themselves carrying out specified violent, obscene acts against monkeys in exchange for payment;

   c. To use third-party payment providers to pool money and pay videographers in exchange for subjecting monkeys to the specified acts of crushing, creating a video recording of those acts of crushing, and distributing the resultant video in interstate and foreign commerce; and

   d. To use phone-based messaging programs and other electronic means to distribute the animal crush videos among the members of the conspiracy.

## Overt Acts

17. In furtherance of the conspiracy, GARRETT FITZGERALD and his co-conspirators committed and caused to be committed the following overt acts in the Southern District of Ohio and elsewhere, the dates stated being approximate:

**Overt Act 1.** In or about October 2021, FITZGERALD, Bedra, co-conspirator 2 (CC2), and others discussed ideas for new crush videos they planned to commission, using a phone-based messaging program.

4

**Overt Act 2.** On or about October 9, 2021, co-conspirator 3 (CC3) sent the following message using a phone-based messaging program: "well we've had some approval of the idea of taking a screwdriver… getting it white hot… and then shoving it up a monk's asshole and holding the monk by the screwdriver's handle while it goes nutso…" to which FITZGERALD responded: "YESS!!" and "I love it."

**Overt Act 3.** On or about October 16, 2021, CC2 used a phone-based messaging program to instruct Bedra to send $20 to FITZGERALD to help fund the "screwdriver video." BEDRA thereafter used an electronic payment application to send the money from the Southern District of Ohio to FITZGERALD.

**Overt Act 4.** On or about October 16, 2021, FITZGERALD used an electronic payment application to send a payment of $40 from the United States to a videographer in Indonesia for purposes of funding the screwdriver video.

**Overt Act 5.** On or about October 16, 2021, CC2 used a phone-based messaging application to send instructions to the videographer asking him to create a video in which the videographer inserted a heated screwdriver into the anus of a monkey.

**Overt Act 6.** On or about October 17, 2021, the videographer created and sent the video from Indonesia to CC2 in the United States using a phone-based messaging program. The video showed a person heating a screwdriver and touching the screwdriver to a monkey's anus.

**Overt Act 7.** On or about October 17, 2021, CC2 distributed this animal crush video to Bedra, FITZGERALD, and others, using a phone-based messaging program.

**Overt Act 8.** On or about February 16, 2022, CC2 used a phone-based messaging application to send the following message: "[CC3] this should make you happy… I told [VO2]

5

we would pay big money for a hot screwdriver up the ass video…" to which FITZGERALD responded: "Good idea. The screwdriver vid shall finally come to fruition!!"

**Overt Act 9.** On or about March 11, 2022, the videographer created a video of a heated screwdriver being pressed against and partially inserted into a monkey's anus and sent that video from Indonesia to CC2 in the United States using a phone-based messaging program.

**Overt Act 10.** On or about March 11, 2022, CC2 received the and distributed the screwdriver video using an online messaging application to Bedra in the Southern District of Ohio.

**Overt Act 11.** On or about March 20, 2022, CC2 distributed the screwdriver video to other co-conspirators by posting it in an online message group that included Bedra, FITZGERALD, CC3, co-conspirator 5 (CC5), and others.

All in violation of 18 U.S.C. § 371.

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSSISTANT ATTORNEY GENERAL

ADAM C. CULLMAN (KY #93912)
Special Assistant United States Attorney &
Sr. Trial Attorney, Environmental Crimes Section
Environment and Natural Resources Division
221 E. 4th St. Ste. 400
Cincinnati, OH 45202
adam.cullman@usdoj.gov

*s/ Mark Romley*
---
MARK ROMLEY (CA #240655)
Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Division
999 18th St., Suite 370 South Terrace
Denver, CO 80202
mark.romley@usdoj.gov

*s/ Nicole Pakiz*
---
NICOLE PAKIZ (0096242)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: 614-469-5715
nicole.pakiz@usdoj.gov